UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

**In re:**                                                                 Case No.: 17-23651-SMG

**FALLING LEAVES RECOVERY, LLC,**

    Debtor.
_____/

**SONYA SALKIN, as Chapter 7 Trustee**                Adv. Case No. 19-01086-SMG
**for Falling Leaves Recovery, LLC,**

    Plaintiff,
v.

**MARK SHEPPARD,**

    Defendant.
_____/

**DEFENDANT MARK SHEPPARD'S MOTION FOR LEAVE TO FILE
AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

Pursuant to Fed. R. Civ. P. 15, made applicable in these proceedings by Fed. R. Bankr. P. 7015, the Defendant Mark Sheppard ("Sheppard"), through undersigned counsel, files his Motion for Leave to File Amended Answer and Affirmative Defenses, and in support states:

1. On October 15, 2019, the Plaintiff Sonya Salkin ("Salkin") filed her Amended Adversary Complaint [ECF 34]. On October 24, 2019, Sheppard filed his Answer and Affirmative Defenses [ECF 35].

2. On January 13, 2020, Sheppard received document productions from Salkin and from TCRG Opportunity IV, LLC ("TCRG"), the creditor funding this adversary proceeding. On January 16, 2020, Sheppard took the Rule 7030 examination of TCRG [ECF 39].

3. The contents of the document production and the testimony of TCRG have revealed facts previously unknown to Sheppard. Many of these facts provide further support for some of Sheppard's current affirmative defenses, and provide grounds for new affirmative defenses.

4. The parties had a Judicial Settlement Conference ("JSC") scheduled for April 14, 2020 [ECF 48], which the parties attempted to reschedule for March 23 [ECF 55], but neither is

1

practical given the current COVID-19 virus. Another JSC will be scheduled when restrictions are lifted.

5. In the meantime, however, the present Pretrial Conference is scheduled for June 2, 2020 [ECF 51]. The parties have both indicated that absent a settlement at the JSC, both will need substantial additional discovery.

6. At this time, Sheppard seeks to file an Amended Answer and Affirmative Defenses, a copy of which is attached as Exhibit "A." A redlined version against the original is attached as Exhibit "B." Sheppard submits that the facts he ascertained from the document productions and the Rule 7030 examination of TCRG that he previously did not know merit an amendment at this time.

7. Rule 15(a)(2) provides in relevant part that "a party may amend its pleadings . . . with leave of court. The court should freely give leave when justice so requires." The court's refusal to permit an amendment is usually only based upon "undue delay, undue prejudice to [the opposing party], and futility." *Emess Cap., LLC v. Rothstein*, 2012 WL 13001838, at *5 (S.D. Fla. May 2, 2012 (new facts adduced in discovery are grounds to amend pleadings) (citing *Maynard v. Bd. of Regents*, 342 F.3d 1281, 1287 (11th Cir. 2003)). Amending pleadings when discovery is still open is considered timely. *Williams v. R.W. Cannon, Inc.*, 2008 WL 2229538, at *2 (S.D. Fla. May 28, 2008).

8. Here, discovery does not close until the end of May, 2020 under the present schedule. Both parties need substantially more time to complete discovery, particularly given the present restrictions on meetings and travel, which will require the Pretrial Conference be continued several more months. Sheppard sought his amendment without any undue delay. The proposed amendments are not futile.

9. For these reasons, the Court should permit Sheppard to file his Amended Answer and Affirmative Defenses, attached as Exhibit "A."

WHEREFORE the Defendant Mark Sheppard prays this Honorable Court will grant his Motion for Leave to File Amended Answer and Affirmative Defenses, and will enter its order accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using CM/ECF systems with the Clerk of the Court, which sent e-mail notifications of such filing to all CM/ECF participants in this case, this the 1st day of April, 2020.

          **STEVEN FENDER PA**
          */s/ G. Steven Fender*
          G. STEVEN FENDER, ESQ.
          Florida Bar No. 060992
          Attorney for Defendant Mark Sheppard
          P.O. Box 1545
          Ft. Lauderdale, FL 33302
          Telephone: (407) 810-2458
          Email: steven.fender@fender-law.com

CM/ECF Service List:

- Morgan B. Edelboim, Esq.   morgan@elrolaw.com
- Andre Quaresima, Esq.   andree.quaresima@gmail.com